OVERTON ET AL., APPELLANTS, *v.* WESTERN RESERVE GROUP, APPELLEE.

[Cite as *Overton v. W. Res. Group* (2001), 91 Ohio St.3d 333.]

(No. 00–277—Submitted March 28, 2001—Decided April 11, 2001.)

———————

The judgment of the court of appeals is affirmed on the authority of *Davidson v. Motorists Mut. Ins. Co.* (2001), 91 Ohio St.3d 262, 744 N.E.2d 713.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

———————

*Boyk, McCulley & Crossmock* and *Steven L. Crossmock;* and *David G. Lake,* for appellants.